IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON



FILED

13 JAN 11 AM 9:08

MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA

           :

   -vs-               :      Case No. 3:10CR037

  Chester Elliott        :

           :

---

## ORDER TERMINATING PREJUDGMENT PROBATION

---

The above named was placed on prejudgment probation on January 25, 2012, for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

_____
Michael R. Merz
United States Magistrate Judge

_____
Date  January 11, 2013